UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CR-00003-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JACQUES YVES SEBASTIEN DUROSEAU | ) | |
| | ) | |

Upon motion of the United States, for good cause shown, and for the reasons stated in the motion, it is hereby ORDERED that D.E. 51 be sealed by the Clerk from this date until further order by this Court.

This the ____1____ day of December 2020.

JAMES C. DEVER III
United States District Judge