# UNITED STATES OF AMERICA
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION
## Case No: 4:20-CR-3-1D

**UNITED STATES OF AMERICA**

vs.                                                                                      **ORDER**

**JACQUES YVES SEBASTIAN DUROSEAU**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on December 8, 2020 be turned over to Special Agent <u>Frederick Houston Ludwig</u> to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 231 | Beretta model M9 65490, Serial Number M9-3724 |
| 233 | Sig Sauer model SP2022, Serial Number 24B203450 |
| 235 | Sig Sauer model P229, Serial Number 55B006006 |
| 237 | Sig Sauer model P320, Serial Number 58A015844 |
| 239 | Spikes Tactical model ST15, Serial Number SBR-43561 |
| 241 | Spring Field Armory model Saint, Serial Number ST143091 |
| 243 | Precision Ruger model Precision Rifle 300WIN MAG, Serial Number 1804-07332 |
| 245 | Armscor Model Rock Island M1911-A1 CS caliber 45, Serial Number RIA2051373 |
| 247 | Caliber .223 Ammunition |
| 249 | Caliber .300 Ammunition |
| 251 | Caliber .357 Ammunition |
| 253 | Caliber .45 Ammunition |
| 255 | Caliber .40 Ammunition |
| 257 | Caliber 9mm Ammunition |
| 259 | SAPI Plate Serial Number 935164 |
| 261 | SAPI Plate Serial Number 990513 |
| 263 | Sig Sauer Sierra 3BDX Riflescope, Model #99B0003432EFF |
| 265 | Leupold & Stevens Mark AR MOD 1, 1.5-4x20 Riflescope |
| 267 | Magazines |
| 269 | USMC MARPAT Utility Uniform Blouse Bearing Name Tape Displaying "Duroseau" and "U.S. Marines" and Two Silver Colonel Collar Brass |

This 8th day of December, 2020.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____