# Why I Joined the Marine Corps

What I hope to gain by being a Marine (Check as many as apply)

- ☒ Challenge
- ☐ Pride of Belonging
- ☐ Self-Reliance
- ☐ Self-Discipline
- ☐ Self-Direction
- ☒ Courage
- ☐ Poise
- ☐ Self-Confidence

- ☐ Professional Development
- ☐ Leadership and Management Skills
- ☒ Physical Fitness
- ☐ Technical Skills
- ☐ Travel and Adventure
- ☐ Educational Opportunity
- ☐ Financial Security
- ☐ Advancement & Benefits

Describe in your own words "Why I joined the Marine Corps"

I joined the marines Corps because it's always been a dream, a personal achievement that I wanted for myself.

NOTE: This form, when completed, will be detached from this handbook and attached to the Pool Card. Upon the poolee's departure to recruit training, this form will be returned to the poolee for further transport to recruit training. Upon arrival at recruit training, the poolee will place this form in the "Money/Valuables Bag" provided by the Drill Instructor.

_Sebastien D_  1/07/21
Poolee's Signature and Date

_[signature]_  1/07/21
Recruiter's Signature and Date