01/18/2020 000792

000792

DURDESEAU, JA
SGT, 0331

OMPF Copy

# United States Marine Corps

**Completion Certificate**

*This is to certify that*

**CPL  JACQUESYVE   DUROSEAU**

*Has completed*

CORPORALS  COURSE  DISTANCE  EDUCATION  PROGRAM

*Given through the*
*Marine Corps Distance Learning Network*
3/16/2015

Semper Fidelis

*T.K. Kerrigan* (signature)

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps

**Completion Certificate**

*This is to certify that*

**CPL JACQUESYVE DUROSEAU**

*Has completed*

INTRODUCTION TO CIVIL-MILITARY OPERATIONS

*Given through the*
*Marine Corps Distance Learning Network*

11/3/2015

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps

**Completion Certificate**

*This is to certify that*

**CPL JACQUESYVE DUROSEAU**

*Has completed*

```
The Heavy Barrel Machinegun
```

*Given through the*
*Marine Corps Distance Learning Network*

11/3/2015

Semper Fidelis

*signature: T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps

**Completion Certificate**

*This is to certify that*

**CPL JACQUESYVE DUROSEAU**

*Has completed*

INTRODUCTION TO CMO CORE TASKS

*Given through the*
*Marine Corps Distance Learning Network*

**11/3/2015**

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps

**Completion Certificate**

*This is to certify that*

**CPL JACQUESYVE DUROSEAU**

*Has completed*

CIVIL-MILITARY OPERATIONS STAFF INTEGRATION

*Given through the*
*Marine Corps Distance Learning Network*

11/3/2015

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps

**Completion Certificate**

*This is to certify that*

**CPL JACQUESYVE DUROSEAU**

*Has completed*

**CIVIL-MILITARY OPERATIONS SUPPORTING PLAN ANNEX G**

*Given through the*
*Marine Corps Distance Learning Network*

**11/3/2015**

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training

OMPF Copy

# United States Marine Corps



**Completion Certificate**

*This is to certify that*

SGT JACQUESYVE DUROSEAU

*Has completed*

SERGEANTS COURSE DISTANCE EDUCATION PROGRAM

*Given through the*
*Marine Corps Distance Learning Network*
4/5/2016

Semper Fidelis

*T.K. Kerrigan*

T.K. Kerrigan
Director
College of Distance Education and Training



# United States Marine Corps

## The Staff Noncommissioned Officer Academy

takes pleasure in presenting this diploma to

## Corporal Jacquesyves S. Duroseau USMC

Certifying that this Noncommissioned Officer has met all the requirements and has successfully completed the curriculum prescribed for

### Corporals Course (M02C215)
### Class 604-16

Given at Marine Corps Embassy Security Group
Quantico, Virginia
This 12th day of October 2015

_____
D. W. JOPLIN
First Sergeant, USMC
Director, Corporal's Course 604-16

_____
R. E. JORDAN
Colonel, USMC
Director, EPME



# United States Marine Corps

## The Staff Noncommissioned Officer Academy

takes pleasure in presenting this diploma to

Sergeant Jacquesyve S. Duroseau 1407751651/0331 USMC

Certifying that this Noncommissioned Officer has met all the requirements and has successfully completed the curriculum prescribed for

**The Staff Noncommissioned Officer Academy
Sergeant's Course (CID M03T4M5)
Class 17-17**

Given at the Staff Noncommissioned Officer Academy
Camp Lejeune, North Carolina
This 9th day of June 2017

R. C. FORTNER
Sergeant Major, USMC
Director

G. A. GORRY
Brigadier General, USMC
President, Marine Corps University

# United States Marine Corps

*Takes pleasure in presenting this certificate to*

## *Sergeant Jacques Yves S. Duroseau*

Certifying that they have met all the requirements
and successfully completed the syllabus prescribed for

## 1st Degree Black Belt Instructor
## in the Marine Corps Martial Arts Program

*Given at*
*2d Battalion, 2d Marines*
*BSRF 17.2*
*Mihail Kogalniceanu, Romania*
*This 29th day of December, 2017*

**SSgt Tyler W. Hood**
**Chief Instructor**

**LtCol Scott E. Stephan**
**Commanding Officer**

# United States Marine Corps



*This is to certify that*

PFC JACQUESYVE DUROSEAU XXX XX 0818/0331 USMC

*has completed the course prescribed by the*

Commandant of the Marine Corps for the:
INFANTRY MACHINEGUNNER COURSE
6-12

*Given at*

Infantry Training Battalion, School of Infantry, Training Command
Camp Lejeune, North Carolina



**J. N. RULE**
Lieutenant Colonel, U. S. Marine Corps
Commanding Officer, Infantry Training Battalion

*this* 2nd *day of* March 2012

**B. J. FITZPATRICK JR**
Colonel, U. S. Marine Corps
Commanding Officer, School of Infantry



# United States Marine Corps

Takes Pleasure in presenting this diploma to

## Pvt Duroseau S. Jacques 0818

certifying that he has met all the requirements
and has successfully completed the syllabus prescribed for

### GRAY BELT

## In the Marine Corps Martial Arts Program

Given at
This 2nd day of January, 2012

_____
**SSgt. David Romero**
*Martial Art Instructor*



**UNITED STATES MARINE CORPS**
MARINE CORPS BASE
QUANTICO, VIRGINIA 22134-5001

IN REPLY REFER TO:

5300
B 375
7 Aug 14

From: Lifestyle, Insights, Networking, Knowledge and Skills
(L.I.N.K.S.) Trainer, Barbara Hawkins, MCB, Quantico
To: LCpl Jacquesyve Duroseau

Subj: LETTER OF APPRECIATION

1. Please accept my sincere thanks and deep appreciation for the role you played in support support of the L.I.N.K.S. for Teens sessions on 24 July and 7 August 2014 from 1800-2100 at each event.

2. The "can do, pitch in attitude" and friendly demeanor you displayed at the event greatly impacted and positively influenced the teens. In addition, I am confident that the entire audience departed with a new appreciation and understanding of the Marine Corps, and why Military Military teens and their family members are special.

3. I fully recognize the demands of your schedule, and we are all indebted to you for your willingness to support your fellow Marines, and their families, through Marine Corps Family Team Building program.

BARBARA HAWKINS



**UNITED STATES MARINE CORPS**
MARINE CORPS BASE
QUANTICO, VIRGINIA 22134-5001

IN REPLY REFER TO:

5300
B 375
7 Aug 14

From: Lifestyle, Insights, Networking, Knowledge and Skills (L.I.N.K.S.) Trainer, Barbara Hawkins, MCB, Quantico
To: LCpl Jacquesyve Duroseau

Subj: LETTER OF APPRECIATION

1. Please accept my sincere thanks and deep appreciation for the role you played in support support of the L.I.N.K.S. for Teens sessions on 24 July and 7 August 2014 from 1800-2100 at each event.

2. The "can do, pitch in attitude" and friendly demeanor you displayed at the event greatly impacted and positively influenced the teens. In addition, I am confident that the entire audience departed with a new appreciation and understanding of the Marine Corps, and why Military Military teens and their family members are special.

3. I fully recognize the demands of your schedule, and we are all indebted to you for your willingness to support your fellow Marines, and their families, through Marine Corps Family Team Building program.

*Barbara Hawkins* (signature)

BARBARA HAWKINS



# United States Marine Corps

## Sergeant Major's Award

This is to certify that ___PFC Jacquesyve Duroseau XXX XX 0818/0331 USMC___
While serving at Infantry Training Battalion, School of Infantry-East, Camp Geiger, North Carolina. Has displayed superior perseverance, dedication and overwhelming devotion to the United States Marine Corps by completing training as prescribed by the Commandant of the Marine Corps.



__2 March 2012__
Date

__J. C. ALVARADO__
Sergeant Major
Infantry Training Battalion-East

**USMC FITNESS REPORT (1610) FITREP ID #2310141 (T A-PES 5.4.3.3)**
**NAVMC 10835A (Rev. 4-03)**
**PREVIOUS EDITIONS WILL NOT BE USED**
**FOUO - Privacy sensitive if filled in**

## COMMANDANT'S GUIDANCE

**DO NOT STAPLE THIS FORM**

The completed fitness report is the most important information component in manpower management. It is the primary means of evaluating a Marine's performance and is the Commandant's primary tool for the selection of personnel for promotion, augmentation, resident schooling, command, and duty assignments. Therefore, the completion of this report is one of an officer's most critical responsibilities. Inherent in this duty is the commitment of each Reporting Senior and Reviewing Officer to ensure the integrity of the system by giving close attention to accurate marking and timely reporting. Every officer serves a role in the scrupulous maintenance of this evaluation system, ultimately important to both the individual and the Marine Corps. Inflationary markings only serve to dilute the actual value of each report. Reviewing Officers will not concur with inflated reports.

### A. ADMINISTRATIVE INFORMATION

**1. Marine Reported On:**

| a. Last Name | b. First Name | c. MI | d. ID | e. Grade | f. DOR | g. PMOS | h. BILMOS |
|---|---|---|---|---|---|---|---|
| DUROSEAU | JACQUESYVE | | | SGT | | 0331 | 0933 |

**2. Organization:**

| a. MCC | b. RUC | c. Unit Description |
|---|---|---|
| 095 | 30903 | WEAPONS TRAINING BN (PERM PERS) |

**3. Occasion and Period Covered:**

| a. OCC | b. From | To | c. Type | 4. Duty Assignment (descriptive title): |
|---|---|---|---|---|
| CH | 20160401 | 20160617 | N | LINE NCO |

**5. Special Case:** a. Adverse ☐ b. Not Observed [X] c. Extended ☐
**6. Marine Subject Of:** a. Commendatory Material ☐ b. Derogatory Material ☐ c. Disciplinary Action ☐
**7. Recommended For Promotion:** a. Yes ☐ b. No ☐ c. N/A [X]

**8. Special Information:**

| a. QUAL | EE | d. HT(in.) | 71 | g. Reserve Component | |
|---|---|---|---|---|---|
| b. PFT | A257 | e. WT | 178 | h. Status | |
| c. CFT | A297 | f. Body Fat | | i. Future Use | |

**9. Duty Preference:**

| | a. Code | b. Descriptive Title |
|---|---|---|
| 1st | Y05 | FMF EAST COAST |
| 2nd | Y04 | FMF WEST COAST |
| 3rd | Y12 | SECURITY FORCES - PACIFIC |

**10. Reporting Senior:**

| a. Last Name | b. Init. | c. Service | d. ID | e. Grade | f. Duty Assignment |
|---|---|---|---|---|---|
| | MJ | USMC | | CAPT | EXECUTIVE OFFICER |

**11. Reviewing Officer:**

| a. Last Name | b. Init. | c. Service | d. ID | e. Grade | f. Duty Assignment |
|---|---|---|---|---|---|
| | JS | USMC | | CAPT | COMPANY COMMANDER |

### B. BILLET DESCRIPTION

-Provide instruction for rifle and pistol marksmanship, analyze shooters performance, marksmanship fundamental concepts, and provide corrective action to enhance marksmanship techniques and confidence in accordance with MCO 3574.2K.
-Supervise the overall conduct of the range.
-Enforce range safety, operations, and regulations, by supervising the conduct of the rangein accordance with MCO 3570.1B and DA PAM 385-63.
-Conduct remedial marksmanship training utilizing dry practice training and indoor simulated marksmanship trainer.
-Provide supervision, mentorship, and development of 700 Marines.
-In the absence of SNCO or Officer serve as range safety officer.
-Officiate all score cards and line alibis.
-Responsible for the handling, accountability, and dissemination of ammunition.
-Responsible for the safe and orderly movement of all personnel on the range.
-Supervised and conduct range police and ensure range maintenance.

### C. BILLET ACCOMPLISHMENTS

| 1. Marine Reported On: | | | | 2. Occasion and Period Covered: | | |
|---|---|---|---|---|---|---|
| a. Last Name | b. First Name | c. MI | d. ID | a. OCC | b. From | To |
| DUROSEAU | JACQUESYVE | | | CH | | 20160617 |

## I. DIRECTED AND ADDITIONAL COMMENTS

This is a not observed report due to insufficient observation time.

## J. CERTIFICATION

1. I CERTIFY that to the best of my knowledge and belief all entries made hereon are true and without prejudice or partiality and that I have provided a signed copy of this report to the Marine Reported on.

(Signature of Reporting Senior) — Date: 2016 09 08

2. I ACKNOWLEDGE the adverse nature of this report and
   - [ ] I have no statement to make
   - [ ] I have attached a statement

(Signature of Marine Reported On) — (Date in YYYYMMDD format)

## K. REVIEWING OFFICER COMMENTS

1. OBSERVATION: [X] Sufficient  [ ] Insufficient    2. EVALUATION: [X] Concur  [ ] Do Not Concur

3. COMPARATIVE ASSESSMENT: Provide a comparative assessment of potential by placing an "X" in the appropriate box. In marking the comparison, consider all Marines of this grade whose professional abilities are known to you personally.

| DESCRIPTION | | COMPARATIVE ASSESSMENT |
|---|---|---|
| THE EMINENTLY QUALIFIED MARINE | [ ] | 0 |
| ONE OF THE FEW EXCEPTIONALLY QUALIFIED MARINES | [ ] | 0 |
| | [ ] | 1 |
| ONE OF THE MANY HIGHLY QUALIFIED PROFESSIONALS WHO FORM THE MAJORITY OF THIS GRADE | [X] | 10 |
| | [ ] | 6 |
| | [ ] | 3 |
| A QUALIFIED MARINE | [ ] | 0 |
| UNSATISFACTORY | [ ] | 0 |

4. REVIEWING OFFICER COMMENTS: Amplify your comparative assessment mark; evaluate potential for continued professional development to include: promotion, command, assignment, resident PME, and retention; and put Reporting Senior marks and comments in perspective.

Sgt Duroseau has exceeded expectations and has been the key to efficient and safe range operations. He has effectively trained thousands of Marines in both annual sustainment and entry level rifle marksmanship with zero safety incidents. Sgt Duroseau carries himself with extreme maturity and effectively accomplishes any mission with commanders intent alone. He was selected to represent the Marine Corps in International competition at the Australian Army Skill at Arms Meet and was a consummate professional. Enthusiastically recommended for retention and promotion.

5. I CERTIFY that to the best of my knowledge and belief all entries made hereon are true and without prejudice or partiality.

(Signature of Reviewing Officer) — Date: 2016 09 10

6. I ACKNOWLEDGE the adverse nature of this report and
   - [ ] I have no statement to make
   - [ ] I have attached a statement

(Signature of Marine Reported On) — (Date in YYYYMMDD format)

## L. ADDENDUM PAGE

ADDENDUM PAGE ATTACHED: [ ] YES

NAVMC 10835A (Rev. 4-03)  (T A-PES 5.4.3.3)   FOR OFFICIAL USE ONLY - Privacy sensitive   FITREP ID #2310141   PAGE 5 OF 5