# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# DOCKET NO. 4:20-CR-3-1D

| | |
|---|---|
| United States Of America ) | **JUDGMENT** |
| ) | |
| vs. ) | |
| ) | |
| Jacques Yves Sebastien Duroseau ) | |
| ) | |

On March 2, 2021, Jacques Yves Sebastien Duroseau appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, and upon a finding of guilt by jury to Count 1- Conspiracy to Violate the Export Control Reform Act, the Arms Export Control Act, and Smuggle Goods from the United States, in violation of 18 U.S.C. § 371, Count 2- Export Control Reform Act Violation, in violation of 50 U.S.C. § 4819, Count 3- Arms Export Control Act Violation, in violation of 22 U.S.C. §§ 2778(b)(2) and 2778(c), Count 4- Smuggling Goods From the United States, in violation of 18 U.S.C. § 554, 22 U.S.C. §§ 2778(b)(2) and 2278(c), and Count 5- Illegal Transportation of Firearms to an Out-of-State Entity, in violation of 18 U.S.C. §§ 922(a)(5) and 924(a)(1)(D), was sentenced to the custody of the Bureau of Prisons for a term of 63 months. Additionally, it was ordered by the Court that the defendant be placed on supervised release for 36 months upon release from imprisonment. On May 24, 2022, the Court amended the Judgment in a Criminal Case to remove Count 5. Jacques Yves Sebastien Duroseau was released from custody and the term of supervised release commenced on June 23, 2023.

From evidence presented at the revocation hearing on October 31, 2023, the Court finds as a fact that Jacques Yves Sebastien Duroseau, who is appearing before the Court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to participate as directed by the probation officer in a mental health program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of six months, with no supervision to follow.

**IT IS RECOMMENDED** that the defendant serve his term of incarceration at FCI Butner, and he participate in mental health treatment while in the Bureau of Prisons.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 31st day of October, 2023.

James C. Dever III
U.S. District Judge